FILED

09/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0260

CITY OF BILLINGS,

  Plaintiff and Appellee,

v.

JENNIFER MICHELLE NORRIS-OSTERMILLER,

  Defendant and Appellant.

## ORDER

  Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

  IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 7, 2020, within which to prepare, serve, and file the State's response.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 1 2020